IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|         Plaintiff, ) | |
| vs. ) | CIVIL NO. 5:08CV66 |
| ) | |
| VIRGINIA WOODS ) | |
| a.k.a. VIRGINIA K. SCHULTZ, ) | |
|         Defendant. ) | |

## CONSENT JUDGMENT

THIS CAUSE coming on to be heard before the undersigned Judge, and it appearing to the Court, and the Court finding as a fact that all matters in controversy set out in the pleadings have been agreed upon by the parties, and that the plaintiff has agreed to accept the principal sum of $11,850.10, plus 8.00 percent pre-judgment interest, accrued pursuant to the terms in the complaint totaling $18,841.58 as of September 11, 2008, and continuing to accrue until the date of judgment herein at the rate of 8.00 percent per annum; with interest to accrue from the date of judgment at the determined Treasury post-judgment interest rate computed daily and compounded annually, together with $350.00 in costs, as settlement in full accord and satisfaction thereof.

Interest shall accrue thereon at the determined Treasury post-judgment interest rate computed daily and compounded annually.

The defendant agrees that the Plaintiff will submit this debt to Treasury for inclusion in the Treasury Offset Program. Under this program, any federal payment the defendant would normally receive may be offset and applied to this debt.

DOCUMENT SCANNED

If the defendant fails to adhere to the Consent Judgment, a default action shall be brought upon defendant for collection of the total balance without any notice to the defendant, the amount of the balance at the date of default with all accrued interest shall become due and payable, including any further costs incurred to attain collection.

NOW, THEREFORE, BY CONSENT, IT IS ORDERED, ADJUDGED AND DECREED that the plaintiff have and recover of the defendant the principal sum of $11,850.10, plus 8.00 percent pre-judgment interest, accrued pursuant to the terms in the complaint totaling $18,841.58 as of September 11, 2008, and continuing to accrue until the date of judgment herein at the rate of 8.00 percent per annum; with interest to accrue from the date of judgment at the determined Treasury post-judgment interest rate computed daily and compounded annually, together with $350.00 in costs.

This the 30th day of September 2008.

_____
UNITED STATES DISTRICT JUDGE

WE CONSENT:

_____
JENNIFER A. YOUNGS
Assistant United States Attorney
NCSB# 23925

_____
VIRGINIA WOODS-SCHULTZ
Defendant